# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-MJ-308 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MARLON THOMAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Count 1: Conspiracy to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1), and 841(b)(1)(B), and 18 U.S.C. § 2.

    Count 2: Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2.

<u>Date of Detention Hearing</u>:   June 28, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending

DETENTION ORDER      15.13
18 U.S.C. § 3142(i)      Rev. 1/91
PAGE 1

charges. This places a limited burden of production on the defendant, although the burden of persuasion remains with the government. Application of the presumption in favor of detention is appropriate in this case.

(2) Defendant is a resident of the State of New York and has limited ties to the Western District of Washington and to this community.

(3) Defendant appears to have on-going substance-abuse issues.

(4) After a search warrant was issued and defendant was arrested, more cocaine and a handgun were found in the defendant's residence.

(5) The Assistant United States Attorney has proffered that the defendant is under suspicion for homicide in the State of New York.

(6) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or the safety of persons in the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to
02       counsel for the defendant, to the United States Marshal, and to the United
03       States Pretrial Services Officer.
04       DATED this 28th day of June, 2007.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge